AO-10 (w)
Rev. 8/96

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report Required by the Ethics Reform Act of 1989, Pub L No 101-194, November 30, 1989 (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| III, ANTHONY W. | EASTERN DIST. OF CALIFORNIA | 02/12/1997 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| JUDGE NOMINEE | X Nomination, Date 02/12/1997 ___ Initial ___ Annual ___ Final | 01/01/1996 to 02/12/1997 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| CENTRAL VALLEY MUNICIPAL COURT<br>2117 SELMA STREET<br>SELMA, CA 93662 | Reviewing Officer ______________ Date ______ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions)

[ ] NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Officer, Director | San Joaquin Valley Farms, Inc. |
| 2 | Director | California Judges Foundation |
| 3 | Director | Selma Public Education Foundation |

## II. AGREEMENTS (Reporting individual only; see pp. 14-17 of Instructions)

DATE — PARTIES AND TERMS

[X] NONE (No reportable agreements.)

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 18-25 of Instructions)

[ ] NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 1996 | State of California Judicial Salary | $ 98,000.00 |
| 2 | 1996 | Cent.Calif.Col. School of Law Instructor Salary | $ 2,400.00 |
| 3 | 1996 | Franklin Life Ins. Co. | $ 202.29 |
| 4 | 1995 | State of California Judicial Salary | $ 98,000.00 |
| | 1996 | San Joaquin Valley Farms, Inc. (S) | |

Digitized by Google

FINANCIAL DISCLOSURE REPORT | Name of Person Reporting: ISHII, ANTHONY W. | Date of Report: 02/12/1997

SECTION HEADING. (Indicate part of report.)

SECTION 1. POSITIONS (cont'd.)

| Position | Name of Organization/Entity |
|---|---|
| 4 Director | Selma District Hospital Foundation |
| 5 Employee/Instructor | Central California College School of Law |
| 6 Officer; Director (1995) | Central California College School of Law |

SECTION 3. NON-INVESTMENT INCOME (cont'd.)

| Li. Date | Source and Type | Gross Income |
|---|---|---|
| 6 1995 | San Joaquin Valley Farms, Inc. (S) | $ 0.00 |

Digitized by Google

FINANCIAL DISCLOSURE REPORT | Name of Person Reporting: ISHII, ANTHONY W. | Date of Report: 02/12/1997

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 28-29 of Instructions.)*

☐ NONE (No such reportable reimbursements or gifts)

| SOURCE | DESCRIPTION |
|---|---|
| Exempt - Initial Report | |

## V. OTHER GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children respectively. See pp. 30-33 of Instructions.)*

☐ NONE (No such reportable gifts)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| Exempt - Initial Report | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)*

☐ NONE (No reportable liabilities)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| Wells Fargo Bank (J) | Line of Credit | K |
| Valliwide Bank (J) | Loan | J |

* VAL CODES: J=$15,000 or less K=$15,001-$50,000 L=$50,001 to $100,000 M=$100,001-$250,000 N=$250,001-$500,000
[illegible]

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting: ISHII, ANTHONY W. | Date of Report: 02/12/1997 |
|---|---|---|

**VII. Page 1 INVESTMENTS and TRUSTS** – income, value, transactions (includes those of spouse and dependent children. See pp. 32-34 of Instructions.)

| A. Description of Assets (Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure) | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure: (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| [illegible] | | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | | None | [illegible] | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | | [illegible] | [illegible] | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | | [illegible] | | | | | |
| [illegible] | [illegible] | [illegible] | | [illegible] | | | | | |
| [illegible] | | [illegible] | | | | | | | |

Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000; F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = $5,000,001 or more

Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000; N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000; P3 = $25,000,001-$50,000,000; P4 = $50,000,001 or more

Digitized by Google

FINANCIAL DISCLOSURE REPORT | Name of Person Reporting: ISHII, ANTHONY W. | Date of Report: 02/12/1997

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. (Indicate part of report)

[ ^ ] NONE (No additional information or explanations.)

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ISHII ANTHONY W | [illegible] |

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature [signature] Date 2-12-97

Note: Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104)

**FILING INSTRUCTIONS**

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

Digitized by Google

## FINANCIAL STATEMENT

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 61 | 000 | 00 | Notes payable to banks–secured | | | |
| U.S. Government securities–add schedule | | | | Notes payable to banks–unsecured | | | |
| Listed securities–add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities–add schedule | 436 | 000 | 00 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable–add schedule | 33 | 000 | 00 |
| Real estate owned–add schedule | 120 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts–itemize: | | | |
| Autos and other personal property | 70 | 000 | 00 | Thames River Associates | (40 | 000 | 00) |
| Cash value–life insurance | 20 | 500 | 00 | Limited Partnership (currently in Chapter 11 | | | |
| Other assets–itemize: | | | | bankruptcy proceedings) | | | |
| Individual Retirement Acct. | 28 | 000 | 00 | | | | |
| Fresno Co. Emp. Retirement Acct | 56 | 000 | 00 | | | | |
| Calif. Judges' Retirement System | 47 | 000 | 00 | Total liabilities | 73 | 000 | 00 |
| Thames River Associates Limited Partnership | 40 | 000 | 00 | Net Worth | 805 | 500 | 00 |
| Total Assets | 878 | 500 | 00 | Total liabilities and net worth | 878 | 500 | 00 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | 40 | 000 | 00 | Are any assets pledged? (Add schedule.) | | | No |
| On leases or contracts | | | No | Are you defendant in any suits or legal actions? | | | No |
| Legal Claims | | | No | Have you ever taken bankruptcy? | | | No |
| Provision for Federal Income Tax | | | No | | | | |
| Other special debt | | | No | | | | |

Digitized by Google